UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Marco A Fernandez,<br><br>    Plaintiff,<br><br>v.<br><br>RentGrow, Inc..,<br><br>    Defendant. | Civil Action No. 1:19-cv-01190-JKB |

## ENTRY OF APPEARANCE OF KEITH LEVENBERG IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendant RentGrow, Inc. in the above-captioned action.

I certify that I am admitted to practice in this Court.

Date: April 1, 2020

*/s/ Keith Levenberg*
Keith Levenberg (11957)
GOODWIN PROCTER LLP
1900 N Street NW
Washington, DC 20036
Telephone: (202) 346-4248
Fax: (202) 204-7330
KLevenberg@goodwinlaw.com

## CERTIFICATE OF SERVICE

I, Keith Levenberg, hereby certify that I caused a true and correct copy of the foregoing document to be served upon counsel of record on April 1, 2020 by Electronic Means via the CM/ECF system.

/s/ Keith Levenberg