**UNITED STATUS DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
(Northern Division)

| | |
|---|---|
| MARCO A. FERNANDEZ, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.: 1:19-cv-0119-JKB |
| ) | |
| RENTGROW, INC., ) | |
| ) | |
| Defendant ) | |
| ) | |

**RENTGROW, INC.'S MOTION TO STAY PENDING SUPREME COURT DECISION**

RentGrow, Inc. ("RentGrow"), respectfully moves for a stay of this case in its entirety pending the United States Supreme Court's decision in *TransUnion LLC v. Ramirez*, No. 20-297, which presents the following question: "Whether either Article III or Rule 23 permits a damages class action where the vast majority of the class suffered no actual injury, let alone an injury anything like what the class representative suffered." The Supreme Court in *Ramirez* is poised to decide issues concerning Article III standing and class certification that are expected to have a significant impact on many issues raised in this case. In the interests of judicial economy and avoiding the significant waste of resources that are about to be spent litigating these issues, RentGrow respectfully submits that a stay is warranted.

Support for this motion is found in the accompanying memorandum of law.

Dated: December 22, 2020

/s/ Louis J. Cannon, Jr.
Louis J. Cannon, Jr. (17157)
**BAKER & HOSTETLER LLP**
1050 Connecticut Avenue NW
Suite 1100
Washington, DC  20036
Telephone: (202) 861-1563
Fax: (202) 861-1783

1

2

        Joel Griswold (pro hac vice)
        **BAKER & HOSTETLER LLP**
        200 S. Orange Ave., Suite 2300
        Orlando, Florida 32801-3432
        Telephone: (407) 649-4088
        jcgriswold@bakerlaw.com

        Bonnie Keane DelGobbo (pro hac vice)
        **BAKER & HOSTETLER LLP**
        One North Wacker Drive, Suite 4500
        Chicago, Illinois 60606
        Telephone: (312) 416-8185
        Fax: (312) 416-6201
        bdelgobbo@bakerlaw.com

        *Attorneys for Defendant RentGrow, Inc*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed and served the foregoing document via the Court's CM/ECF system, which will send notice of the filing to all registered users. Parties may access the filing through the Court's CM/ECF system.

*/s/ Louis J. Cannon, Jr.*