**REDACTED**

Page 1

1   IN THE UNITED STATES DISTRICT COURT PLEAS
2          FOR THE DISTRICT OF MARYLAND
3              (NORTHERN DIVISION)
4          ~~~~~~~~~~~~~~~~~~~~~
5   FERNANDEZ, et al.,
6
7              Plaintiffs,
8
9      vs.           Case No. 1:19-CV-01190-JKB
10
11  RENTGROW, INC.,
12
13             Defendant.
14         ~~~~~~~~~~~~~~~~~~~~~
15        Videotaped ZOOM deposition of
16              MARCO A. FERNANDEZ
           ~~~~~~~~~~~~~~~~~~~~~
17   THIS TRANSCRIPT IS DESIGNATED CONFIDENTIAL
           ~~~~~~~~~~~~~~~~~~~~~
18
              October 27, 2020
19              10:16 a.m. EDT
20           Location of Witness:
        7501 Trafalgar Circle, Suite 232
21          Columbia, Maryland  21044
22            Wendy L. Klauss, RPR
23
24
25

CONFIDENTIAL

Page 2

1  APPEARANCES:
2
3      On behalf of the Plaintiff and the Class:
4          Berger Montague PC
5          E. MICHELLE DRAKE, ESQ.
6          43 S.E. Main Street, Suite 505
7          Minneapolis, MN   55414
8          (612) 595-5997
9          Emdrake@bm.net
10
11     On behalf of the Defendant:
12         Baker & Hostetler LLP
13         JOEL GRISWOLD, ESQ.
14         200 South Orange Avenue
15         Suite 2300
16         Orlando, FL   32801
17         (407) 649-4000
18         Jcgriswold@bakerlaw.com
19                 -AND-
20         BONNIE KEANE DelGOBBO, ESQ.
21         1 Wacker Drive, Suite 4500
22         Chicago, IL   60606
23         (312) 416-8185
24
25

CONFIDENTIAL

Page 3

1   APPEARANCES, Continued:
2
3         On behalf of the Defendant:
4             Yardi
5             DANIELLE C. PARRINGTON, ESQ.
6             400 Fifth Avenue, Suite 120
7             Waltham, MA   02451
8             (781) 890-5100
9             Danielle.parrington@yardi.com
10                  -AND-
11            BRADY M. BUSTANY, ESQ.
12            430 S. Fairview Avenue
13            Santa Barbara, CA   93117
14            (805) 699-2040
15            Brady.bustany@yardi.com
16
17                ~ ~ ~ ~ ~
18  ALSO PRESENT:
19            Patrick Hennessey, RentGrow, Inc.
20            Ken Williamson, Videographer
21            Rodney Myers, Veritext Concierge
22            Andrew Smith, Veritext Concierge
23                ~ ~ ~ ~ ~
24
25



CONFIDENTIAL

Page 62





Page 163

1    Q.   Do you continue to lose sleep as a
2  result of RentGrow's inclusion of criminal
3  record information about you on the November
4  16, 2018 screening report?
5    A.   Do I continue to lose sleep?  No,
6  not that much anymore, but during the time,
7  yes.
8    Q.   How long after receiving the
9  screening report with the criminal record
10 information being reported did you lose sleep?
11   A.   I would say that I couldn't stop
12 thinking about this until shortly after it was
13 fixed, shortly after I got a new report from
14 RentGrow, saying, like, Yeah, this is not you,
15 we removed the records.
16   Q.   You felt better after that?
17   A.   Yes.
18   Q.   And the same thing with the stress,
19 did you stop feeling stressed after you
20 received the corrected report from RentGrow?
21   A.   No.  I still feel stressed to this
22 date, and it's not because of me.  It's because
23 I care for other people that may not be in the
24 position that I'm in to be able to communicate,
25 "Hey, this is wrong."

1                I'm sure there is people out there
2    that, unbeknownst to them, have suffered, maybe
3    got turned down for an apartment, and they have
4    no way of going back or explaining why.  Maybe
5    because they don't even speak English well to
6    begin with.
7                So, you know, like my main
8    motivation is to make it right, not just for
9    me, because I'm not selfish like that.  I want
10   it to be right for everyone.  I don't want
11   anyone to have to go through what I did.
12        Q.    Are you bringing your claim
13   relating to the inclusion of criminal record
14   information on your screening report, are you
15   bringing that claim on behalf yourself or on
16   behalf of a class?
17               MS. DRAKE:  Object.  Calls for a
18   legal conclusion.  You can answer.
19        A.    Can you repeat the question.
20   Sorry.
21        Q.    Sure.
22               MR. GRISWOLD:  Would you mind
23   reading that question back, Wendy.  Thanks.
24               THE NOTARY:  Question:  "Are you
25   bringing your claim relating to the inclusion

1   have included the criminal history information
2   on your screening report, right?
3       A.   Right.
4       Q.   And I would like to know whether
5   you are bringing that claim just on behalf of
6   yourself or on behalf of yourself and other
7   people?
8           MS. DRAKE:  I'm going to object as
9   to form.  You may answer.
10      A.   Both.
11      Q.   Okay.  And I guess the follow-up
12  question to that is, who are the other people
13  on whose behalf you are asserting that claim?
14      A.   I would have to ask my counsel.  I
15  don't have all the information in front of me.
16      Q.   Do you have -- you said that you
17  suffered humiliation as result of the inclusion
18  of criminal history information on your report,
19  right?
20      A.   Yes.
21      Q.   Did that cease after you received
22  the corrected report?
23      A.   Yes.
24      Q.   Are there any other symptoms of
25  emotional distress that you have suffered since

Page 167

1   receiving the corrected report from RentGrow,
2   other than being stressed out?
3        A.    No.
4        Q.    Are there other things in your life
5   that have happened since December 28, 2018 that
6   have caused you stress?
7        A.    No.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1  Q. And when was that?
2  A. I think it was last night. I don't
3  know the time exactly, but it was like -- wait,
4  I'll take that back.
5  It was either yesterday or the day
6  before, because I remember, you know, like I
7  had some time that I wanted to make sure that I
8  refreshed my memory on things.
9  Q. Was anybody else present during
10  that conversation?
11  A. No.
12  Q. You testified earlier that you
13  suffered injury in the form of stress caused by
14  seeing RentGrow's screening report that
15  included the criminal and possible OFAC name
16  matching; is that correct?
17  A. Yes.
18  ▇ ▇
19  ▇
20  ▇
21  ▇ ▇
22  ▇
23  ▇
24  ▇
25  ▇

CONFIDENTIAL

Page 297



1           REPORTER'S CERTIFICATE
2    The State of Ohio,    )
3                              SS:
4    County of Cuyahoga.   )
5
6            I, Wendy L. Klauss, a Notary Public
7    within and for the State of Ohio, duly
8    commissioned and qualified, do hereby certify
9    that the within named witness, MARCO A.
10   FERNANDEZ, was by me first duly sworn to
11   testify the truth, the whole truth and nothing
12   but the truth in the cause aforesaid; that the
13   testimony then given by the above-referenced
14   witness was by me reduced to stenotypy in the
15   presence of said witness; afterwards
16   transcribed, and that the foregoing is a true
17   and correct transcription of the testimony so
18   given by the above-referenced witness.
19           I do further certify that this
20   deposition was taken at the time and place in
21   the foregoing caption specified and was
22   completed without adjournment.
23
24
25

1           I do further certify that I am not
2  a relative, counsel or attorney for either
3  party, or otherwise interested in the event of
4  this action.
5           IN WITNESS WHEREOF, I have hereunto
6  set my hand and affixed my seal of office at
7  Cleveland, Ohio, on this 9th day of
8  November, 2020.

13  *Wendy L. Klauss* (signature)
14  Wendy L. Klauss, Notary Public
15         within and for the State of Ohio

17  My commission expires July 13, 2024.

CONFIDENTIAL

Page 310

ERRATA SHEET
VERITEXT LEGAL SOLUTIONS MIDWEST
ASSIGNMENT NO: 10/27/2020

PAGE/LINE(S) /          CHANGE

16:4, 7      ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
22:24        "travel" to "family" misstates testimony
40:24        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
42:23        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
62:24        ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
63:5         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
67:2         ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

12/3/2020                        DocuSigned by: *Marco Fernandez*
                                 7E04D088C92744D...
Date                             Marco A. Fernandez