IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MARCO A. FERNANDEZ, individually and as a representative of the class,<br><br>   Plaintiff,<br><br>v.<br><br>RENTGROW, INC.,<br><br>   Defendant. | Case No.: 1:19-cv-01190-JKB<br><br>**PLAINTIFF'S MEMORANDUM IN SUPPORT OF CONSENT MOTION TO MODIFY MOTION AND BRIEFING SCHEDULE** |

On December 14, 2020, Defendant RentGrow, Inc. ("Defendant") filed a motion to extend its briefing deadlines for filing its motion for summary judgment, and for responding to Plaintiff's motion for class certification. (ECF No. 100.) Plaintiff opposed (ECF No. 103).

On January 7, 2021, the Court ruled on the motion to extend, stating that "The Summary Judgment and Class Certification briefing deadlines for Defendant are extended for 30 days after the Court enters a ruling on all outstanding discovery that is at issue at the time of this Order, or if further discovery is Ordered by this Court, 30 days after Defendant receives any outstanding discovery Ordered by this Court." (ECF No. 127.)

In the initial scheduling order in this matter (ECF No. 42), the Court had set the class certification and summary judgment briefing deadlines in parallel to one another, with Plaintiff filing his motion for class certification and any expert reports in support and Defendant filing its motion for summary judgment on the same date, the parties responding to one another's motions on the same date, and replying in support of their respective motions on the same date. With each extension of the schedule, this arrangement has remained the same, with the briefing deadlines, responses, and replies being extended in tandem to one another. (ECF Nos. 45, 48, 73.)

1

In light of the Court's order on January 7, 2021, the deadlines are now no longer parallel, leaving Plaintiff's motion for class certification due on its current date of January 14, 2021, but Defendant's response deadline indefinitely extended in relation to outstanding discovery. Plaintiff believes that the motions for summary judgment and class certification should be submitted on the same record.

Plaintiff thus requests that the Court extend the class certification deadline and provide extended deadlines for responses and replies to the class certification and summary judgment motions. Plaintiff requests that the Court extend his deadline to file his motion for class certification and any expert reports in support to 30 days after the Court enters a ruling on all outstanding discovery that is at issue at the time of the Court's Order of January 7, 2021 (ECF No. 127), or if further discovery is ordered by the Court, 30 days after Defendant receives any outstanding discovery ordered by the Court, and (2) the responses to the motions for class certification and summary judgment shall be filed 30 days after such motions are filed, and (3) replies shall be filed 30 days after responses are filed.

Defendant does not oppose the relief sought in this motion.

Respectfully submitted,

Date: January 8, 2021                /s/John G. Albanese

Martin E. Wolf, Bar No. 09425
GORDON, WOLF & CARNEY, CHTD.
100 W. Pennsylvania Ave., Suite 100
Towson, MD 21204
Tel. 410.825.2300
mwolf@gwcfirm.com

BERGER MONTAGUE PC
E. Michelle Drake (*pro hac vice*)
John G. Albanese (*pro hac vice*)
Joseph C. Hashmall (*pro hac vice*)
43 S.E. Main Street, Suite 505

        Minneapolis, MN 55414
        Tel: (612) 594-5999
        Fax: (612) 584-4470
        emdrake@bm.net
        jalbanese@bm.net
        jhashmall@bm.net

*Counsel for Plaintiff and the Class*