IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARCO A. FERNANDEZ, individually and as a representative of the class,

    Plaintiff,

v.

RENTGROW, INC.,

    Defendant.

Case No.: 1:19-cv-01190-JKB

~~[PROPOSED]~~ ORDER

Based on Plaintiff's Motion to Modify Motion and Briefing Schedule, and good cause shown therein, IT IS HEREBY ORDERED that (1) Plaintiff's deadline to file his motion for class certification and any expert reports in support is extended to 30 days after the Court enters a ruling on all outstanding discovery that is at issue at the time of the Court's Order of January 7, 2021 (ECF No. 127), or if further discovery is ordered by the Court, 30 days after Defendant receives any outstanding discovery ordered by the Court, (2) the responses to the motions for class certification and summary judgement shall be filed 30 days after such motions are filed, and (3) replies shall be filed 30 days after responses are filed.

Date: 1/11/21

_____
Hon. A. David Copperthite
U.S. Magistrate Judge

1