IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCO A. FERNANDEZ            Plaintiff, | * | |
| | * | |
| v. | | CIVIL NO.:  JKB-19-1190 |
| | * | |
| RENTGROW, INC.            Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

In accordance with the accompanying Memorandum Opinion, IT IS this 13<u>th</u> day of January, 2021, ORDERED that:

1. Defendant's Motion to Compel Discovery (ECF 90 and 95 as redacted) is hereby GRANTED in part and DENIED in part;

    a. The Motion to Compel responses to the questions concerning (1) the amount of damages Plaintiff is seeking for each of his claims and those of the putative class he seeks to represent and (2) the reason why Plaintiff waited almost a month before disputing his tenant screening report when he allegedly was experiencing emotional distress are GRANTED.

    b. The Motion to Compel (3) the identity of a witness with suspected first-hand knowledge regarding whether Plaintiff suffered emotional distress and if so, the cause of such distress is DENIED.

2. The Clerk shall transmit copies of the Memorandum Opinion and Order to counsel of record.

              /s/
A. David Copperthite
United States Magistrate Judge