## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MARCO A. FERNANDEZ,

    **Plaintiff**

    v.

RENTGROW, INC.,

    **Defendant.**

*     *

**CIVIL NO. JKB-19-1190**

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER

In light of the Stipulation Dismissing Plaintiff's Individual Claim Under 15 U.S.C. § 1681i(a)(7) filed on August 5, 2021 (ECF No. 162), with the dismissal without prejudice accomplished by operation of law pursuant to Federal Rule of Civil Procedure 41(a)(1), Count II of Plaintiff's Complaint (ECF No. 1) is hereby DISMISSED.  Plaintiff's individual and class claims detailed in Count I of the Complaint remain pending.

DATED this __10th____ day of August, 2021.

BY THE COURT:

___/s/ James K. Bredar_____

James K. Bredar
Chief Judge