IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MARCO A. FERNANDEZ, | * | |
| Plaintiff | * | |
| v. | * | CIVIL NO. JKB-19-1190 |
| RENTGROW, INC., | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

On June 15, 2022, the parties filed a Joint Motion to Stay. (*See* ECF No. 237.) The Joint Motion to Stay (ECF No. 237) is GRANTED and this case is stayed in its entirety pending resolution of appeal number 22-1619 in the Fourth Circuit.

DATED this 16 day of June, 2022.

BY THE COURT:

_____
James K. Bredar
Chief Judge