**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

MARCO A. FERNANDEZ,

        Plaintiff,

v.

RENTGROW, INC.,

        Defendant.

Case No.: 1:19-cv-01190-JKB

**JOINT STATUS REPORT**

Plaintiff Marco A. Fernandez ("Plaintiff"), together with Defendant RentGrow, Inc. ("Defendant") (collectively, the "Parties"), provide the following joint status report pursuant to the Court's Order at ECF No. 251:

1.      Following the Court's dismissal of Plaintiff's claims, and those of the putative absent class members, under Count I (15 U.S.C. § 1681e(b)) of the Complaint (ECF No. 1), as to Defendant's OFAC reporting pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) without prejudice, Plaintiff re-filed those claims in Baltimore City Circuit Court on January 6, 2025. *Fernandez v. RentGrow, Inc.*, No. C-24-CV-25-000144 (Baltimore City Cir. Ct.). Plaintiff has moved for class certification in the state court action.

2.      As noted in the parties' prior Joint Status Report, Plaintiff is prepared to proceed with his individual claim related to Defendant's criminal record reporting as alleged in Count I (15 U.S.C. § 1681e(b)) of the Complaint (ECF No. 1), but the parties are continuing to engage in discussions about a potential resolution.

3.      Plaintiff may also seek to modify this Court's protective order to allow confidential documents produced here to be used in the state court action. The parties have met and conferred on this request.

4.     The parties propose that they submit an updated joint status report to the Court within 45 days.

5.     At this time, the parties do not request referral to a Magistrate Judge for mediation and settlement conference, but will notify the Court if this changes.

Date: January 31, 2025                    */s/ F. Paul Bland, Jr.*

                                          F. Paul Bland, Jr.
                                          Md. Atty. No. 9106200015
                                          BERGER MONTAGUE PC
                                          1001 G Street, NW, Suite 400 East
                                          Washington, DC 20001
                                          T. 202.809.9136
                                          pbland@bm.net

                                          BERGER MONTAGUE PC
                                          E. Michelle Drake (*pro hac vice*)
                                          John G. Albanese (*pro hac vice*)
                                          1229 Tyler Street NE, Suite 205
                                          Minneapolis, MN 55413
                                          Tel: (612) 594-5997
                                          Fax: (612) 584-4470

                                          *Counsel for Plaintiff and the Class*

Date: January 31, 2025                    */s/ Melissa H. Maxman*

                                          Melissa H. Maxman
                                          MD Federal Bar # 18242
                                          COHEN & GRESSER LLP
                                          2001 Pennsylvania Ave. NW
                                          Suite 300
                                          Washington, DC 20006

                                          Maura K. Monaghan (pro hac vice)
                                          Kristin D. Kiehn (pro hac vice)
                                          Emilia Brunello (pro hac vice)
                                          DEBEVOISE & PLIMPTON LLP
                                          66 Hudson Boulevard
                                          New York, New York 10001

(212) 909-6000Fax: (212) 909-6836
mkmonaghan@debevoise.com
kdkiehn@debevoise.com
enbrunello@debevoise.com

*Attorneys for Defendant RentGrow, Inc.*